IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDRE SMITH,

    Plaintiff,

v.                                                                 CASE NO. 1:10-cv-232-MP-GRJ

UNION CORRECTIONAL
INSTITUTION,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On December 27, 2010, the Court ordered Plaintiff to show cause on or before January 14, 2011, as to why this case should not be dismissed for failure to comply with the Court's order to file amended pleadings and to either pay the filing fee or move for leave to proceed as a pauper. As of the date of this order, Plaintiff has failed to respond to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 8th day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**