IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDRE SMITH,

      Plaintiff,

v.                               CASE NO. 1:10-cv-00232-MP -GRJ

UNION CORRECTIONAL INSTITUTION,

      Defendant.

_____/

**O R D E R**

      This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate

Judge, recommending that this case be dismissed for failure to prosecute and failure to follow the

orders of the Court. The time for filing objections has passed, and none have been filed.   The

Court agrees with the Magistrate Judge that despite several orders of the Court, the Plaintiff has

refused to file his complaint on the proper forms and has refused to file a motion to proceed in

forma pauperis or to pay the filing fee.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

    1.      The Report and Recommendation of the Magistrate Judge is adopted and
              incorporated herein.

    2.      This case is dismissed for failure to comply with an order of the Court and for
              failure to prosecute.

      **DONE AND ORDERED** this *17th*  day of May, 2011

                      _*s/Maurice M. Paul*_____
                      Maurice M. Paul, Senior District Judge